IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROOSEVELT J. ROBINSON,

      Plaintiff,                      No. 2:12-cv-1992 MCE KJN P

      vs.

J. JAKSCH, et al.,

      Defendants.              ORDER

_____/

      Plaintiff, a Solano County Jail detainee proceeding, without counsel, in this civil rights action, has filed a statement indicating that, while he received a copy of this court's order filed August 9, 2012, he did not receive the forms that were to be included with that order. (<u>See</u> Order filed 9, 2012 (Dkt. No. 5); <u>see also</u> Dkt. No. 10.)

      For good cause shown, the Clerk of Court is directed to re-serve on plaintiff this court's order filed August 9, 2012 (Dkt. No. 5), together with the service documents identified therein. Plaintiff shall return the completed documents to the court within thirty days after the filing date of this order.

DATED: August 28, 2012

                                                  KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE

robi1992.resend