UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROOSEVELT J. ROBINSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>J. JAKSCH, E. JENSEN and<br>S. CHEATHAM,<br><br>    Defendants. | Case No. 2:12-CV-01992-TLN-KJN P<br><br>[~~PROPOSED~~] ORDER RE:<br>STIPULATION FOR DISMISSAL |

Pursuant to the stipulation of all parties to the dismissal of this action (ECF No. 41), **IT IS HEREBY ORDERED** that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2).

Dated: October 15, 2013

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/robi1992.stip.dsms